IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN GRAHAM, | | |
| | Plaintiff, | No. CIV S-07-0199 WBS DAD P |
| vs. | | |
| R.N. PURCELL, et al., | | |
| | Defendants. | FINDINGS & RECOMMENDATIONS |

By an order filed January 31, 2007, plaintiff was ordered to file a completed application to proceed in forma pauperis or pay the appropriate filing fee within thirty days. In addition, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On March 14, 2007, plaintiff was granted an additional thirty days to comply with the court's order. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The time period has now expired, and plaintiff has not filed a completed application to proceed in forma pauperis, has not paid the appropriate filing fee, has not filed an amended complaint, and has not otherwise responded to the court's order.

Although it appears from the court's file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court

/////

apprised of his current address at all times.  Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

   IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

   These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 26, 2007.

          /s/ Dale A. Drozd
          DALE A. DROZD
          UNITED STATES MAGISTRATE JUDGE

DAD:lg
grah0199.fta.nca

2